In The United States District Court
Southern District Of Indiana
Indianapolis Division

Original

- FILED -

MAY 15 2017

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

William A Scanlan,
#Jail 374266 / DOC 983610 ,
Prison/Jail No.

Plaintiff,

v.

Marion County
Community Corr/
Duvall Residential
Work Release
Center - Officers
Mc Gray & Hilton ,
in his/her/their individual
capacity(ies),

Defendant(s).

Cause Number 3:17CV372

49G01-1311-FC-070572

42 U.S.C. § 1983 Civil Rights Complaint
With A Jury Trial Request

Plaintiff William Scanlan , pro se, submits to the Court this civil rights complaint alleging violations of his/her rights under the I (1) V (5) IV (4) & XIV (14th) Amendment(s) to The United States Constitution. The plaintiff seeks a declaratory judgment, injunctive relief, and monetary damages.

### Jurisdiction

1. This is a civil rights complaint under 42 U.S.C. § 1983, and the Court has jurisdiction pursuant to 28 U.S.C. §1343.

## PARTIES

2. Plaintiff William Scanlan is an inmate confined at Marion County Jail II (CCA), address 730 E Washington St Indpls, In, Indiana 46204, and plaintiff's prison number is 374266 (Gallery)

3. Defendant Mr Gray & Hilton is employeed as Residential Centre Officers (civilians) at above said place.

4. All other defendants are eployees at the above said place.

5. All John Doe defendants are employees at the above said place. Their true names are not known at this time.

6. All of the defendants have acted under color of State Law at all times relevant to this complaint.

7. All of the defendants acted with deliberate indifference to the plaintiff's constitutional rights or health and well being.

## STATEMENT OF FACTS
( TELL YOUR STORY IN THIS SECTION)

8. On 1-26-17 (mccc) Duvall's Residential officers/employees did knowingly & Intentionally Violate my Federal Due Process Under the US Constitution. That is; by depriving me off all my legal material & documents Past & Present history, Victims, witnesses personal information. My Identifications & licenses, Certifications & ETC. FACT IS; I was in transfer from Duvall work release Center. Employees Mr Gray & Hilton packed my belongings with me present. I Carried my legal work with me as Hilton Carried my belongings. I was handcuffed in a Vedioul room waiting for transport, me & Another individual. transport (marion county Sheriff) came & Mr Gray came back & snatched my legal work from me before the Sheriff came in while I was handcuffed to a bench. Never ever saw it again. Offenders are allowed to take only legal work back to jail. From 1-26-17 to 2-10-17 Warren Scanlan 317-661-0677 called & physically tried to retrieve said-property, with no success. My Parole officer Tamika Mays district #3 Was shown & Made aware of an ongoing appeal process & its documents including "Writ of Habeas Corpus on 1-9-17, (ALL EVENTS Recorded) Concerning Duvall that was included in the legal work taken.

### FIRST CAUSE OF ACTION

9. The actions of the defendants set forth in paragraph number 8 violated plaintiffs Eighth Amendment right to be free from cruel and unusual punishment.

### SECOND CAUSE OF ACTION

10. The actions of the defendants set forth in paragraph number 8 violated plaintiffs Fourteenth Amendment right to due process of law as a pre-trial detainee.

### RELIEF REQUESTED

1. Issue a declaratory judgment that the actions of the defendants set forth in paragraph number 8 above violated plaintiffs rights.

2. Grant to plaintiff compensatory damages against each individual defendant in the amount of $ _1500_ .00

3. Grant to plaintiff punitive damages against each individual defendant in the amount of $ _3000_ .00

4. Grant to plaintiff all other just and proper relief.

Signed this _21_ day of a _APRIL_ , 20_17_ .

_____
Your Signature

_William A Scanlan_
Your Printed Name

-3-

Pulaski County Jail
730 E WASHINGTON ST
INDPLS, IND 46202
_____
Your Address

### AFFIRMATION

I, William Scanlan, hereby affirm under the penalties for perjury that while this complaint has not been notarized its contents are true and correct to the best of my knowledge and belief.

_____
Your Signature

Dated: 4-21 , 20 17

-4-